UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO RAMIREZ-HERNANDEZ, | Case No.: 3:26-cv-00516-CAB-MSB |
| Petitioner, | **ORDER CLOSING CASE** |
| v. | |
| KRISTI NOEM, et al., | |
| Respondents. | |

Petitioner Marco Antonio Ramirez-Hernandez filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]   After Respondents acknowledged that Petitioner was detained under 8 U.S.C. § 1226(a) pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, [Doc. No. 4], the Court ordered a bond hearing under § 1226(a) and its associated regulations, [Doc. No. 5].  Petitioner subsequently received a bond hearing on February 5, 2026.  [Doc. No. 6.]

Petitioner has received the relief his Petition requested.  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: March 25, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

1

3:26-cv-00516-CAB-MSB